■ HILLVIEW RANCH ASSOCIATES, Appellant, v J & J ESTATES, INC., et al., Respondents. (Action No. 1.) ROMAN BLUM, Respondent, v JOHN DOE et al., Defendants. (Action No. 2.) [668 NYS2d 501] —In two actions to quiet title, the plaintiff in Action No. 1 appeals, as limited by its brief, from so much of an order of the Supreme Court, Richmond County (Leone, J.), dated October 7, 1996, as denied its motion, brought as successor in interest to the defendants in Action No. 2, to vacate a default judgment of the same court (Hurowitz, J.), dated March 11, 1983, in Action No. 2, upon the failure of the defendants in Action No. 2 to answer and appear, which quieted title in the plaintiff in Action No. 2, Roman Blum.

Ordered that the order is affirmed insofar as appealed from, without costs or disbursements.

The jurisdictional argument regarding service of process by publication, advanced by the appellant in support of vacating the judgment entered in Action No. 2 upon the failure of the defendants in that action to answer and appear, is unpreserved for appellate review (*see, Gordon v Patchogue Surgical Co.,* 222 AD2d 651).

The appellant's remaining contentions are without merit. Rosenblatt, J. P., Ritter, Altman and Florio, JJ., concur.

■ Ivy L. Hoovis, Appellant, v WINTHROP UNIVERSITY HOSPITAL et al., Respondents, et al., Defendants. (And a Third-Party Action.) [668 NYS2d 500] —Appeal by the plaintiff from stated portions of an order of the Supreme Court, Nassau County (DeMaro, J.), entered June 11, 1996, upon a decision of the same court (McCabe, J.), dated December 11, 1995.

Ordered that the order is affirmed insofar as appealed from, with one bill of costs, for reasons stated by Justice McCabe at the Supreme Court in his memorandum decision dated December 11, 1995 (*see also, Moricky v Beth Israel Med. Ctr.,* 198 AD2d 33; *Spinosa v Weinstein,* 168 AD2d 32, 41; *Murriello v Crapotta,* 51 AD2d 381). Thompson, J. P., Joy, Florio and Luciano, JJ., concur.